# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO,<br><br>                Petitioner,<br>v.<br><br>DANIEL PARAMO,<br><br>                Respondent. | Case No.: 16-cv-2337-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

    On September 13, 2016, Petitioner Raul Arellano initiated this action by filing the Petition for Writ of Habeas Corpus (ECF No. 1). In the Petition, Arellano requests the appointment of counsel. *Id.* at 24. On March 12, 2018, United States Magistrate Judge Mitchell Dembin issued a Report and Recommendation (ECF No. 15). The Report and Recommendation recommends that the Court deny the Petition and states "this Court need not exercise discretion to appoint counsel because there has been no finding of exceptional circumstances." *Id.* at 25–26. The Report and Recommendation provides that Arellano may file written objections to the Report and Recommendation no later than April 11, 2018. *Id.* at 25.

On August 23, 2017, Respondent Daniel Paramo lodged twenty-four documents (ECF Nos. 10-1 through 10-34). On March 12, 2018, Paramo lodged four more documents (ECF Nos. 14-1 through 14-4). On March 20, 2018, Arellano filed a Motion requesting copies of all of the documents lodged in this case. (ECF No. 17). On March 23, 2018, the Court entered an Order granting Arellano's request for copies of ECF Nos. 14-1 through 14-4, denying Arellano's request for copies of ECF Nos. 10-1 through 10-34, and granting Arellano leave to file a motion on or before April 6, 2018 identifying his need for a copy any of ECF Nos. 10-1 through 10-34.

On April 10, 2018, Arellano filed a Motion requesting (1) an additional sixty days to object to the Report and Recommendation, (2) an additional sixty days to file a motion for copies of any of ECF Nos. 10-1 through 10-34, and (3) appointment of counsel. (ECF No. 22). Arellano's requests for extensions of time are GRANTED. Arellano shall file any Objections to the Report and Recommendation and any motion for copies of any of ECF Nos. 10-1 through 10-34 on or before June 18, 2018. Arellano's request for appointment of counsel is DENIED for the reasons stated in the Report and Recommendation.

Dated: April 17, 2018

Hon. William Q. Hayes
United States District Court